United States Court of Appeals

**FOR THE EIGHTH CIRCUIT**

_____

No. 96-3881

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Western District of Missouri. |
| Glenn Alan Germany, also known as | * | |
| Phillip Larry Johnson, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | | |

_____

Submitted: July 7, 1997

Filed: July 10, 1997

_____

Before HANSEN, MORRIS SHEPPARD ARNOLD, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Glenn Alan Germany appeals the district court's[1] denial of his 18 U.S.C. § 3582(c)(2) motion. Germany argues his sentences for drug offenses and escape should be reduced pursuant to a Sentencing Commission amendment to the Career Offender Guideline, U.S. Sentencing Guidelines Manual § 4B1.1, comment. (n.2) (1995).

---

[1]The Honorable Russell G. Clark, United States District Judge for the Western District of Missouri.

The Supreme Court held during the pendency of this appeal that the amended Career Offender Guideline was at odds with the plain language of 28 U.S.C. § 994(h), which directs the Sentencing Commission to assure that certain repeat offenders are sentenced "at or near the maximum term authorized." See United States v. LaBonte, 117 S. Ct. 1673, 1675 (1997). It further held that, because the statute, and not the amended guideline, controls, the "maximum term authorized" must be read to include all applicable statutory sentencing enhancements. Id. at 1679. We conclude Germany's argument is therefore foreclosed. See United States v. Arnold, No. 95-3892, 1997 WL 314863 at *1 (8th Cir. June 13, 1997).

Accordingly, we affirm.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.

2